## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Christopher M. Thomas | : | |
| Plaintiff, | : | NO.: 17-1568 |
| v. | : | |
| Montgomery County, et al. | : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

## STIPULATION

AND NOW this 12th day of March, 2018, it is hereby STIPULATED and AGREED, by and between all pertinent parties, by and through their undersigned counsel, that Plaintiff is granted an extension until Thursday, March 29, 2018, to respond to Defendant Police Officer Edwards Todd's Motion for Partial Summary Judgment.

| | |
|---|---|
| /s/ Matthew B. Weisberg | /s/ Susanne McDonough |
| Matthew B. Weisberg, Esquire | Susanne McDonough, Esquire |
| WEISBERG LAW | HOLSTEN & ASSOCIATES |
| 7 South Morton Avenue | One Olive Street |
| Morton, PA 19070 | Media, PA 19063 |
| (610) 690-0801 | (610) 627-8307 |
| mweisberg@weisberglawoffices.com | smcdonough@holstenassoc.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**AND IT IS SO ORDERED**.

_____

J.