IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER M. THOMAS** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 17-1568 |
| v. | : | |
| | : | |
| **POLICE OFFICER EDWARD TODD, et al.** | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW,** this 4th day of May 2018, it is hereby **ORDERED** that a final pretrial conference shall be held on July 25, 2018, at 11:30 AM in the United States Courthouse, 601 Market Street, Room 8613, Philadelphia, PA. Lead trial counsel for each party and any unrepresented party are required to attend. Fourteen (14) days prior to the final pretrial conference, all parties shall file and submit to the Court a pretrial memorandum that comports with Local Rule 16.1(c). Any failure to comply with this Order may result in sanctions.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO, J.**
*Judge, United States District Court*