IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER M. THOMAS,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.: 17-cv-1568 |
| | : | |
| **POLICE OFFICER EDWARD TODD,** | : | |
| **Defendant.** | : | |

## SCHEDULING ORDER

AND NOW, this __2nd__ day of August, 2018, the Court enters the following ORDER:

(1)  All motions in limine shall be filed no later than __October 5, 2018__;

(2)  Responses to motions in limine shall be filed no later than __October 15, 2018__;

(3)  The parties shall agree upon and submit **joint**, proposed jury instructions and **joint** proposed verdict slip no later than __October 26, 2018__. The parties shall refer to this Court's Policies and Procedures for further instruction in this regard;[1]

(4)  On or before __November 9, 2018__, the parties shall supply the Court with TWO COPIES of each trial exhibit in a ring binder tabbed by exhibit number, and TWO COPIES of a schedule of exhibits which shall briefly describe each exhibit;

(5)  A final pretrial conference shall be held on __November 13, 2018__ at 9:30 A.M., in Courtroom 3-E, James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. The parties shall exchange proposed voir dire questions prior to the pretrial conference, and the parties shall provide the Court with copies of the same at least two (2) days prior to the pretrial conference. Thereafter, a jury trial shall commence before this Court, with the selection of a

---

[1] This Court's Policies and Procedures are available online, at: http://www.paed.uscourts.gov/documents/procedures/sitpol.pdf

jury.

(6)  Opening arguments shall begin immediately after the selection of a jury on November 13, 2018.

This Order shall serve as a formal attachment for trial.

BY THE COURT:


   /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge